# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# (WICHITA DIVISION)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. 18-10016EFM |
| | ) |
| MICHAEL FREDERIKSEN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT'S RENEWED MOTION FOR
## JUDGMENT AS A MATTER OF LAW

COMES NOW, the Defendant, by and through counsel, Marcos A. Montemayor, and hereby renews his Motion for Judgment as a Matter of Law in the above referenced case. For his renewed Motion, the Defendant, submits his Memorandum in Support of his Motion, filed herewith.

1. On April 30, 2018, this matter came before the Court for Jury Trial.

2. At the close of the United States of America's case in chief, counsel for Defendant moved for judgment as a matter of law. Judge Melgren granted Defendant's Motion in part, and dismissed Count II of the Indictment.

3. At closing argument, AUSA Aaron Smith, made reference to the Defendant minimizing his involvement with regard to Count I of the Indictment. (See Trial Transcript at pg. 229, 14:20:44 to 14:21:06).

4. Pursuant to this Court's order, the Defendant now submits his post-trial memorandum in support of his Renewed Motion for Judgment as a Matter of Law, or in the alternative a new trial.

WHEREFORE, the Defendant respectfully requests that this Court grant his Renewed Motion for Judgment as a Matter of Law; or in the alternative, grant his Motion for a New Trial, or for further relief that this Court deems just and appropriate.

Respectfully submitted,

By: *s/Marcos A. Montemayor*
Marcos A. Montemayor #NM27095
Attorney for Defendant
345 N. Riverview St., Suite 730
Wichita, KS 67203
Tel: 316-261-8777
Fax: 316-361-0993
Email: mm@amlawllc.com

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2018, I electronically filed the foregoing using the CM/ECF system, which sent notice of electronic filing to the following:

Mona Furst and Aaron Smith
Office of the US Attorney – Wichita
301 N. Main Street, Suite #1200
Wichita, KS 67202
316-269-6684

*s/ Marcos A. Montemayor*
Marcos A. Montemayor
Attorney for Defendant